**Deborah HADDAD, Respondent**

v.

**George ZAWILLA and Bonnie Zawilla, his wife, d/b/a Gorilla General Contractor and Gorilla Contracting, Petitioners**

**No. 412 WAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**